# EXHIBIT A

## TO PETITIONER'S REPLY BRIEF

Contractual Documents Between Vorteq and the Informant (4 pages)

Law Offices

# LUTZ PAWK & BLACK

Michael J. Pawk
Rebecca L. Black

mikepawk@lutzandpawklaw.com
rebeccablack@lutzandpawklaw.c

*Of Counsel*
Lawrence P. Lutz

larrylutz@lutzandpawklaw.com

September 29, 2023



**RE:    Vorteq Coil Finishers**

Dear ▮▮▮▮

Please find enclosed copies of the Vorteq Coil Finishers letter dated September 26, 2023 and executed Undertaking document dated September 28, 2023.

Very truly yours,

LUTZ PAWK & BLACK

Michael J. Pawk

MJP/jg
Enclosures

The NexTier Center Building, 101 East Diamond Street, Lower Level, Suite 102, Butler, PA, 16001  Phone: (724) 285-3400  Fax: (724) 285-59⁴

Page 1 of 4

## VORTEQ COIL FINISHERS

**CONFIDENTIAL – SUBJECT TO ATTORNEY-CLIENT PRIVILEGE
AND WORK PRODUCT DOCTRINE**

September 26, 2023

**Via Electronic Mail: mikepawk@lutzandpawklaw.com**
████████ c/o Michael J. Pawk
Lutz Pawk & Black
101 East Diamond Street, Suite 102
Butler, PA 16001

Dear ████████

The Occupational Safety and Health Administration ("**OSHA**") is investigating an incident involving an employee of Vorteq Manufacturing Company, LLC ("**Vorteq**"), in or near Valencia, Pennsylvania on or about September 5, 2023, and may request to interview Vorteq employees. Other state and federal agencies may also investigate the incident and may have requested or may request to interview and/or meet with certain supervisors, managers, and employees of Vorteq. At this point, we can only speculate as to how OSHA or other agencies will proceed with the investigation and interviews. It is unclear what, if any, claims or charges could be filed against Vorteq and/or its employees. We do anticipate, however, that these agencies will request an interview with you or otherwise ask you to provide testimony or information related to the incident and/or to your employment with Vorteq.

Vorteq cannot determine nor control the extent to which you or others could face a claim or charge of personal liability related to the investigation. Therefore, and because of the likelihood of the requests to interview you, Vorteq is committed to doing everything ethically and legally appropriate to ensure that you have access to independent counsel.

The laws of the state of Delaware, where the Company is formed, permits Vorteq to indemnify you in this circumstance for actual and reasonable fees and expenses, including: attorneys' fees; judgments; fines; and amounts paid in settlement, in connection with an action, suit, or proceeding, if you: (1) acted in good faith; (2) acted in a manner you reasonably believed to be in or not opposed to the best interests of Vorteq; and (3) with respect to any criminal action or proceeding, if you had no reasonable cause to believe your conduct was unlawful.

Moreover, Vorteq may advance fees and expenses, including attorneys' fees, as they are actually and reasonably incurred in advance of any final disposition. Vorteq may do so upon receipt of the undertaking, sent herewith, to repay such advancement if it is ultimately determined that you were not entitled to indemnification by Vorteq. To be clear, however, Vorteq is willing to advance your actual and reasonable expenses, including attorneys' fees, in connection with the protection of your interests regarding this incident in advance of any such determination as to entitlement to indemnification.

VORTEQ COIL FINISHERS, LLC
135 ALLEGHENY AVENUE
OAKMONT, PA 15139

## VORTEQ COIL FINISHERS

Vorteq's advancement of fees and expenses, including attorneys' fees, is conditioned upon your agreement (confirmed by execution of the related undertaking) to: (1) reimburse Vorteq in the event that it is ultimately determined by Vorteq that you are not entitled to indemnification under Delaware law; (2) be honest and forthright in any communications with Vorteq, OSHA, any other government authorities, and in all interviews and testimony; and (3) cooperate fully with Vorteq in connection with providing information and making yourself reasonably available for interviews. To be clear, the extent of your participation in such interviews and as to such testimony would be subject to the independent advice of your counsel. We reiterate Vorteq's commitment to doing everything ethically and legally appropriate to ensure that you have access to independent counsel. To that end, please note that you have the right to representation by counsel of your choice.

Vorteq's decision to advance fees and expenses as set forth herein is based on the information Vorteq has to date. Vorteq reserves the right, in its sole discretion, to cease payment if you do not comply with the aforementioned conditions, or if Vorteq determines that you breached any applicable obligations or responsibilities to Vorteq. In that event, Vorteq would provide timely notice to you. Moreover, you could continue to be represented by counsel of your choosing at your own expense. Vorteq, however, would no longer advance or pay for expenses or fees incurred after the date specified in Vorteq's notice to you. Please acknowledge your understanding and agreement as to the terms and conditions set forth in this letter and the related undertaking by signing and returning a copy of the undertaking to:

Fisher & Phillips LLP; Attn: Marie T. Scott (mtscott@fisherphillips.com)

Sincerely,

Jim Boyle, Chief Operating Officer
On behalf of Vorteq Coil Finishers, LLC

VORTEQ COIL FINISHERS, LLC
135 ALLEGHENY AVENUE
OAKMONT, PA 15139

Page 3 of 4

**CONFIDENTIAL – SUBJECT TO ATTORNEY-CLIENT PRIVILEGE
AND WORK PRODUCT DOCTRINE**

## UNDERTAKING

WHEREAS, I, ███████ have, or have reason to believe I may, become involved in investigations, interviews, actions, claims, suits, or proceedings which have arisen or may arise in the future as a result of my employment with Vorteq Coil Finishers, LLC, a Delaware limited liability company (the "**Company**"); and

WHEREAS, I affirm that in all matters related to these pending or future investigations, interviews, actions, claims, suits, or proceedings, I acted in good faith and in a manner that I reasonably believed to be in or not opposed to the best interests of the Company and had no reasonable cause to believe my conduct was unlawful; and

WHEREAS, I understand that I have the right to counsel of my own choice whose sole duty and obligation is to me; and

WHEREAS, I have requested that the Company pay, on an ongoing basis, any and all fees and expenses (including, but not limited to, attorneys' fees) that I actually and reasonably incur or that are actually and reasonably incurred on my behalf in defending or investigating any such investigations, interviews, claims, actions, suits, or proceedings and that such payment be made in advance of the final disposition or conclusion of such investigations, interviews, claims, actions, suits or proceedings; and

WHEREAS, the Company has agreed to advance reasonable attorneys' fees and expenses that are actually incurred by me or on my behalf, subject to the execution of an appropriate undertaking to repay, and without waiving any rights; and

WHEREAS, the Company's indemnification and advancement obligations shall not exceed the fullest extent permissible under applicable law; and

WHEREAS, the Company and I will first attempt to resolve any disagreement over the reasonableness of the fees and/or expenses through mediation; and

WHEREAS, I am willing to give such an undertaking;

NOW, THEREFORE, in consideration of the Company authorizing the advancement of reasonable attorneys' fees and expenses incurred by me, if I am ultimately found by the Company not to be entitled to be indemnified by the Company, I hereby undertake and agree to repay to the Company any and all amounts so paid promptly.

**AGREED AND ACCEPTED:**

████████████████

Date: ████████████