Law Offices

# LUTZ PAWK & BLACK

Michael J. Pawk
Rebecca L. Black

———

*Of Counsel*
Lawrence P. Lutz

mikepawk@lutzandpawklaw.com
rebeccablack@lutzandpawklaw.com

————

larrylutz@lutzandpawklaw.com

October 11, 2024

***Via Email*** Dean.Judson@DOL.GOV

Judson Dean, Esquire
Senior Trial Attorney
U. S. Department of Labor
Office of the Regional Solicitor
1835 Market Street, Mailstop SOL/22
Philadelphia, PA   19103-2968

> **RE:   Julie A. Su, Acting Secretary of Labor, United States**
> **Department of Labor v. Michael Trinkley,**
> **Timothy Barkley and Ethan Simmons**
> **Docket No. 2:24-cv-00426-CCW**

Dear Mr. Dean:

In accordance with Judge Wiegand's Order of September 24, 2024, I am providing you with a list of questions in which my clients previously refused to answer based on their 5th Amendment Privilege against self-incrimination, but which they will now agree to answer. The questions that each client will now answer, without invoking his 5th Amendment Privilege against self-incrimination, will be identified by the transcript Page Number and Line Number.

### Ethan Simmons:

1. Page 12, Line 24;
2. Page 13, Line 5;
3. Page 13, Line 11;
4. Page 18, Line 9;
5. Page 18, Line 13;
6. Page 18, Line 17;
7. Page 20, Line 21;
8. Page 20, Line 25;
9. Page 21, Line 9;
10. Page 21, Line 15;
11. Page 23, Line 3;

Judson Dean, Esquire
October 11, 2024
Page 2

12. Page 23, Line 11;
13. Page 24, Line 15;
14. Page 25, Line 5;
15. Page 25, Line 20;
16. Page 26, Line 10;
17. Page 26, Line 16;
18. Page 27, Line 1;
19. Page 27, Line 5;
20. Page 27, Line 9;
21. Page 29, Line 14;
22. Page 29, Line 19;
23. Page 30, Line 6;
24. Page 30, Line 11;
25. Page 30, Line 14;
26. Page 30, Line 16;
27. Page 30, Line 19;
28. Page 31, Line 10;
29. Page 31, Line 14;
30. Page 31, Line 19;
31. Page 33, Line 3;
32. Page 34, Line 14;
33. Page 35, Line 2;
34. Page 35, Line 16;
35. Page 35, Line 20;
36. Page 35, Line 23;
37. Page 36, Line 2;
38. Page 36, Line 6;
39. Page 36, Line 9;
40. Page 36, Line 14;
41. Page 36, Line 18;
42. Page 37, Line 5;
43. Page 37, Line 8;
44. Page 37, Line 11;
45. Page 37, Line 23;
46. Page 38, Line 1;
47. Page 38, Line 6;
48. Page 38, Line 11;
49. Page 38, Line 23;
50. Page 39, Line 8;
51. Page 39, Line 11; and
52. Page 39, Line 18.

Judson Dean, Esquire
October 11, 2024
Page 3

### Michael Trinkley:

1. Page 10, Line 3;
2. Page 10, Line 14;
3. Page 10, Line 17;
4. Page 10, Line 24;
5. Page 13, Line 8;
6. Page 13, Line 14;
7. Page 13, Line 17;
8. Page 14, Line 3;
9. Page 14, Line 7;
10. Page 14, Line 11;
11. Page 16, Line 7;
12. Page 16, Line 17;
13. Page 16, Line 22;
14. Page 16, Line 25;
15. Page 17, Line 25;
16. Page 18, Line 7;
17. Page 18, Line 15;
18. Page 19, Line 4;
19. Page 19, Line 9;
20. Page 19, Line 17;
21. Page 19, Line 21;
22. Page 20, Line 16;
23. Page 20, Line 19;
24. Page 20, Line 23;
25. Page 21, Line 1;
26. Page 21, Line 4;
27. Page 21, Line 8;
28. Page 21, Line 11;
29. Page 21, Line 15;
30. Page 21, Line 18;
31. Page 21, Line 23;
32. Page 22, Line 12;
33. Page 22, Line 15;
34. Page 22, Line 18;
35. Page 22, Line 20;
36. Page 22, Line 23;
37. Page 23, Line 1;
38. Page 23, Line 6;
39. Page 23, Line 14;
40. Page 23, Line 18;
41. Page 23, Line 22;
42. Page 24, Line 1;

Judson Dean, Esquire
October 11, 2024
Page 4

43. Page 25, Line 12;
44. Page 25, Line 15;
45. Page 25, Line 18,
46. Page 27, Line 1;
47. Page 27, Line 10;
48. Page 27, Line 13;
49. Page 27, Line 19;
50. Page 27, Line 22;
51. Page 27, Line 25;
52. Page 28, Line 4;
53. Page 28, Line 8;
54. Page 28, Line 12;
55. Page 28, Line 15;
56. Page 28, Line 18;
57. Page 29, Line 21;
58. Page 30, Line 1;
59. Page 30, Line 12;
60. Page 30, Line 16; and
61. Page 30, Line 20.

**Timothy Barkley:**

1. Page 9, Line 13;
2. Page 9, Line 16;
3. Page 9, Line 21;
4. Page 10, Line 15;
5. Page 11, Line 22;
6. Page 11, Line 25;
7. Page 12, Line 3;
8. Page 12, Line 8;
9. Page 12, Line 19;
10. Page 12, Line 22;
11. Page 13, Line 1;
12. Page 13, Line 7;
13. Page 13, Line 11;
14. Page 14, Line 20;
15. Page 14, Line 24;
16. Page 15, Line 18;
17. Page 15, Line 21;
18. Page 16, Line 19;
19. Page 17, Line 7;
20. Page 17, Line 12;
21. Page 18, Line 9;
22. Page 18, Line 13;
23. Page 18, Line 17;

Judson Dean, Esquire
October 11, 2024
Page 5

24. Page 18, Line 21;
25. Page 18, Line 24;
26. Page 19, Line 3;
27. Page 19, Line 12;
28. Page 19, Line 16;
29. Page 19, Line 20;
30. Page 20, Line 7;
31. Page 20, Line 13;
32. Page 20, Line 16;
33. Page 20, Line 20;
34. Page 20, Line 23;
35. Page 21, Line 15;
36. Page 21, Line 20;
37. Page 24, Line 6;
38. Page 24, Line 9;
39. Page 24, Line 12;
40. Page 25, Line 20;
41. Page 26, Line 11;
42. Page 26, Line 17;
43. Page 26, Line 20;
44. Page 26, Line 23;
45. Page 27, Line 2;
46. Page 27, Line 7; and
47. Page 27, Line 10.

Very truly yours,

LUTZ PAWK & BLACK

Michael J. Pawk

MJP/jg